UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) No. 1:12-cr-10338-FDS-1 |
| v. | ) |
| DAVID E. GORSKI, | ) |
| Defendant. | ) |

**DEFENDANT DAVID GORSKI'S MOTION TO COMPEL
GOVERNMENT NOTIFICATION OF UPCOMING WITNESSES**

Pursuant to the Court's oral instructions at the pretrial conference in this matter on May 17, 2016, and its written Instructions to Counsel of May 19, 2016, Defendant David E. Gorski hereby moves to compel the government to disclose its upcoming witnesses to the defense. The Court's May 19, 2016 Instructions to Counsel state: "Counsel are required to provide opposing counsel, no later than the conclusion of the trial day, the names of the expected witnesses for the following day and a reasonable projection of the witness lineup for the day after that."

Although counsel for the government has informed the defense of its witnesses for June 1, 2016, the government has refused to provide the defense with a "reasonable projection of the witness lineup" for June 2, 2016. Instead, at 4:35 p.m. on May 31, 2016, after repeated queries from the undersigned counsel to the government regarding the government's upcoming witnesses, counsel for the government emailed defense counsel, "I'll tell you tomorrow [Wednesday] who is on deck for Thursday." The government's refusal to disclose its witnesses provides the defense less than 24 hours notice of the witnesses the government intends to call at

- 2 -

trial, contravening this Court's instructions, and denying defense counsel adequate time to prepare for trial.

    Defendant David E. Gorski therefore requests an order, consistent with this Court's prior instructions, requiring the government to provide his counsel two days notice of a reasonable projection of the witnesses the government intends to call.

                                          Respectfully submitted,

                                          */s/ Seth B. Orkand*
                                          Tracy A. Miner, BBO # 547137
                                          Seth B. Orkand, BBO # 669810
                                          DEMEO LLP
                                          200 State Street
                                          Boston, MA 02109
                                          Tel:  (617) 263-2600
                                          Fax:  (617) 263-2300
                                          Email: tminer@demeollp.com
                                          Email: sorkand@demeollp.com

Dated: May 31, 2016

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF on counsel for the government on May 31, 2016.

                                        */s/ Seth B. Orkand*
                                        Seth B. Orkand