UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. |
| **DAVID E. GORSKI,** | ) | 12-10338-FDS |
| | ) | |
| Defendant. | ) | |

### ORDER ON PROVISION OF DAILY TRANSCRIPTS
### TO MINTZ LEVIN LAW FIRM

**SAYLOR, J.**

The Court has been notified that Eoin Beirne, an attorney at the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo in Boston, has requested daily trial transcripts in this matter from the official court reporter.

At least six Mintz Levin lawyers are on the defense witness list. The Court, upon request of the parties, has excluded witnesses from the courtroom pursuant to Fed. R. Evid. 615, and provision of daily transcripts to lawyers at Mintz Levin could serve as a means to bypass that ruling. Accordingly, the Court will permit certain Mintz Levin attorneys to have access to the transcripts, but only subject to certain restrictions.

It is hereby ORDERED as follows:

1. Attorney Eoin Beirne may (upon suitable arrangements with the court reporter, including arrangement for payment) obtain daily transcripts from the trial of this proceeding;

2. Attorney Beirne may not disclose the transcripts, or their contents, directly or indirectly, with any of the following individuals at Mintz Levin:

        Daniel H. Follansbee;

        Jennifer Mather McCarthy;

        Peter D. McCarthy;

        James M. Nicholas;

        Samuel M. (Tony) Starr;

        Kurt R. Steinkrauss.

3. Attorney Beirne may not disclose the transcripts, or their contents, directly or indirectly, to any other person on either party's witness list, or otherwise to any likely witness in this case.

4. This order shall expire at the conclusion of the presentation of the evidence at the trial of this matter, or as otherwise ordered by the Court.

**So Ordered.**

                                            /s/ F. Dennis Saylor  
                                            F. Dennis Saylor IV  
Dated: June 1, 2016                          United States District Judge