# United States Court of Appeals
## For the First Circuit

No. 16-2471

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID E. GORSKI,

Defendant, Appellant.

### JUDGMENT

Entered: January 18, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Tracy A. Miner
Megan Anne Siddall
Seth B. Orkand
William F. Bloomer
Dina Michael Chaitowitz
Jennifer H. Zacks
Randall Ernest Kromm
Doreen M. Rachal
Martin G. Weinberg