UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-10338-FDS |
| ) | |
| DAVID E. GORSKI, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS
IN PARTIAL SATISFACTION OF MONEY JUDGMENT**

**SAYLOR, D.J.**

WHEREAS, on October 23, 2012, a federal grand jury sitting in the District of Massachusetts returned a five-count Indictment, charging defendant David E. Gorski (the "Defendant"), with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371 (Count One); and Wire Fraud, in violation of 18 U.S.C. § 1343 and 2 (Counts Two through Five);

WHEREAS, the Indictment also included a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), which provided notice that the United States intended to seek forfeiture, upon conviction of the Defendant of one or more of the offenses charged in Counts Two through Five of the Indictment, of any property, real or personal, that constituted, or was derived from, proceeds traceable to the commission of the offenses;

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c),

incorporating 21 U.S.C. § 853(p), to seek forfeiture of all other property of the Defendant up to the value of the property described above;

WHEREAS, on June 15, 2016, after a twelve-day jury trial, a jury found the Defendant guilty of Counts One through Five of the Indictment;

WHEREAS, on November 28, 2016, and based on the evidence and testimony presented at trial, as well as the evidence and testimony presented during the November 21, 2016 forfeiture hearing, this Court issued an Order of Forfeiture (Money Judgment) against the Defendant, in the amount of $6,756,205.65 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as this amount represented the proceeds of the Defendant's crimes;

WHEREAS, pursuant to the Order of Forfeiture (Money Judgment) and Rule 32.2(e) of the Federal Rules of Criminal Procedure, the Court also ordered that the United States was entitled to amend its Order of Forfeiture (Money Judgment) at any time to include substitute property having a value not to exceed $6,756,205.65 in United States currency to satisfy the Order of Forfeiture (Money Judgment) in whole or in part;

WHEREAS, on January 5, 2017, and pursuant to the terms of the Order of Forfeiture (Money Judgment) issued against the Defendant, United States Chief Magistrate Judge Jennifer C. Boal issued seizure warrants, authorizing the United States to seize the following properties:

    a)    All funds on deposit in Enterprise Bank gold checking account number **6544, held in the name of David E. Gorski and Kimberly L. Gorski;

    b)    All funds on deposit in Enterprise Bank gold money market account number **6560, held in the name of David E. Gorski and Kimberly L. Gorski;

    c)    All funds on deposit in Morgan, Stanley, Smith, Barney LLC rollover IRA account number ***-*****8-309, held in the name of David E. Gorski;

d) All funds on deposit in Morgan, Stanley, Smith, Barney LLC personal account number \*\*\*-\*\*\*\*\*0-309, held in the name of David E. Gorski and Kimberly L. Gorski;

e) All funds on deposit in Morgan, Stanley, Smith, Barney personal account number \*\*\*-\*\*\*\*\*3-309, held in the name of David E. Gorski and Kimberly L. Gorski;

f) All Funds on deposit in Massachusetts Mutual Life Insurance Company 401k account number \*\*9196, held in the name of David E. Gorski, Hawthorne Commercial Construction LLC;

g) One 2009 Ford F-150, LGTCON pickup, bearing Massachusetts registration number 376RP7 and vehicle identification number 1FTPW14V39KC23062 (the "Ford F-150");

h) One 2011 Mercedes Benz E350 sedan, bearing Massachusetts registration number 3TJZ10 and vehicle identification number WDDHF8HB0BA432015; and

i) One 2005 Porsche 911 convertible, bearing Massachusetts registration number 641NP9 and vehicle identification number WP0CB29985S765943

(collectively, the "Assets");

WHEREAS, on February 28, 2018, this Court issued a Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money Judgment against the Assets, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money Judgment against the Assets was sent to the Defendant, the Defendant's counsel, and all interested parties, and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on March 6, 2018, and ending on April 4, 2018; and

WHEREAS, no claims of interest in the Assets have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Final Order of Forfeiture for Substitute Assets in Partial Satisfaction of Money Judgment is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Assets, and they are hereby forfeited to the United States of America pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title, or interest in the Assets are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Assets in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ F. Dennis Saylor
F. DENNIS SAYLOR, IV
United States District Judge

Dated: 7-10-18