UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-10338-FDS |
| ) | |
| DAVID E. GORSKI, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**
**IN PARTIAL SATISFACTION OF MONEY JUDGMENT**

**SAYLOR, D.J.**

WHEREAS, on October 23, 2012, a federal grand jury sitting in the District of Massachusetts returned a five-count Indictment, charging defendant David E. Gorski (the "Defendant"), with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371 (Count One); and Wire Fraud, in violation of 18 U.S.C. §§ 1343, and 2 (Counts Two through Five);

WHEREAS, the Indictment also included a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), which provided notice that the United States intended to seek forfeiture, upon conviction of the Defendant of one or more of the offenses charged in Counts Two through Five of the Indictment, of any property, real or personal, that constituted, or was derived from, proceeds traceable to the commission of the offenses;

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c),

incorporating 21 U.S.C. § 853(p), to seek forfeiture of all other property of the Defendant up to the value of the property described above;

WHEREAS, on June 15, 2016, after a twelve-day jury trial, a jury found the Defendant guilty of Counts One through Five of the Indictment;

WHEREAS, on November 28, 2016, and based on the evidence and testimony presented at trial, as well as the evidence and testimony presented during the November 21, 2016 forfeiture hearing, this Court issued an Order of Forfeiture (Money Judgment) against the Defendant, in the amount of $6,756,205.65 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c);

WHEREAS, pursuant to the Order of Forfeiture (Money Judgment) and Rule 32.2(e) of the Federal Rules of Criminal Procedure, the Court also ordered that the United States was entitled to amend its Order of Forfeiture (Money Judgment) at any time to include substitute property having a value not to exceed $6,756,205.65 in United States currency to satisfy the Order of Forfeiture (Money Judgment) in whole or in part;

WHEREAS, the United States Department of Treasury, Treasury Offset Program ("TOP"), disburses federal payments on behalf of federal debtors, such as federal tax refunds, to the creditor federal agencies;

WHEREAS, in this case, by virtue of the Order of Forfeiture (Money Judgment), the Defendant is a debtor, and the Department of Justice is a creditor agency, and pursuant to TOP, the Department of Justice has received the following payment on behalf of the Defendant:

    a.    $3,690.19 payment, via the United States Department of Treasury, Treasury Offset Program on behalf of the Defendant (the "Currency");

WHEREAS, on June 12, 2018, this Court issued a Preliminary Order of Forfeiture in Partial Satisfaction of Money Judgment against the Currency, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure;

WHEREAS, notice of the Preliminary Order of Forfeiture in Partial Satisfaction of Money Judgment against the Currency was sent to the Defendant, the Defendant's counsel, and all interested parties, and published on the government website [www.forfeiture.gov](www.forfeiture.gov) for thirty (30) consecutive calendar days, beginning on June 13, 2018, and ending on July 12, 2018; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for Final Order of Forfeiture in Partial Satisfaction of Money Judgment is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title, or interest in the Currency are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

                                                  /s/ F. Dennis Saylor, IV  
                                                  F. DENNIS SAYLOR, IV  
                                                  United States District Judge

Dated: 08/23/2018