UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 12-10338-FDS |
| ) | |
| DAVID E. GORSKI, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE IN PARTIAL SATISFACTION**
**OF ORDER OF FORFEITURE (MONEY JUDGMENT)**

**SAYLOR, C.J.**

WHEREAS, on January 25, 2024, in connection with the charges against defendant David E. Gorski (the "Defendant"), this Court issued a Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) against the following property, pursuant to 28 U.S.C. § 2861(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure:

a. $434.32 in United States currency (the "Currency");

WHEREAS, notice of the Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on October 27, 2024, and ending on November 25, 2024; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money Judgment) is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or

interest in the Currency, and it is hereby forfeited to the United States of America pursuant to 28 U.S.C. § 2861(c), incorporating 21 U.S.C. § 853(p), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title, or interest in the Currency are hereby held in default.

4. The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ F. DENNIS SAYLOR, IV

Chief United States District Judge

Dated:   5/27/2025



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: *Melonie Cooke*
    Deputy Clerk

Date:   5/27/2025

2